FILED
CLERK, U.S. DISTRICT COURT
6/5/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DURAN KAPULU,<br><br>            Defendant. | No.  8:20-cr-00065-JLS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 2252A(a)(5)(B),<br>(b)(2): Possession of Child<br>Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 18, 2019, in Orange County, within the Central District of California, defendant DURAN KAPULU knowingly possessed a black Lenovo notebook computer, containing a Samsung internal hard drive, bearing serial number S2R5NB0HA74587J, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been

///

1  mailed, and shipped and transported using any means and facility of
2  interstate and foreign commerce and in and affecting interstate and
3  foreign commerce by any means, including by computer, knowing that
4  the images were child pornography.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

GINA J. KONG
Assistant United States Attorney
Santa Ana Branch Office